**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ROBERT EUGENE THOMAS,

    Plaintiff,

v.                                                                            CASE NO. 4:12cv570-SPM/CAS

DR. RADI and
DR. COLOMBANI,

    Defendants.

_____/

**O R D E R**

    This cause comes before the court on the magistrate judge's Report and Recommendation dated November 26, 2012, (doc. 7) and Second Report and Recommendation dated January 22, 2013 (doc. 18).  The plaintiff filed an objection (doc. 13) and an additional motion and amendments to his complaint (docs. 16, 17, and 19), but he does not challenge the recommendations made by the magistrate judge.  In accordance with 28 U.S.C. § 636(b)(1), I have determined that the report and recommendations should be adopted.  Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation dated November 26, 2012, (doc. 7) and Second Report and Recommendation dated January 22, 2013, (doc. 18) are ADOPTED and incorporated by reference in this order.

    2.    The plaintiff's motion for a temporary restraining order or, in the alternative, an expedited preliminary injunction (doc. 5) is DENIED without prejudice.

    3.    This case is TRANSFERRED to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings, including review of the *in forma pauperis* motion (doc. 2) and second motion for a temporary restraining order (doc. 16).

    **DONE AND ORDERED** this 25th day of February, 2013.

                                            s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**